1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN JONES,                          No.  2:24-cv-2723-DC-CSK (PC)

12              Plaintiff,

13         v.                               ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS
14    SAN JOAQUIN COUNTY SHERIFF'S
      OFFICE, et al,                        (ECF No. 5)
15
                 Defendants.
16

17

18         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On June 27, 2025, the magistrate judge filed findings and recommendations herein which

22    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

23    and recommendations were to be filed within fourteen days.  (ECF No. 5.)  Plaintiff has not filed

24    objections to the findings and recommendations.

25         The court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28         1.  The findings and recommendations (ECF No. 5) are adopted in full; and

1

2. This action is dismissed without leave to amend for lack of jurisdiction.

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **July 31, 2025**

Dena Coggins
United States District Judge